AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 6:17-mj-1361 |
| | ) | |
| MICHAEL RON DAVID KADAR | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 4, 2017 to March 7, 2017__ in the county of ____Orange and elsewhere____ in the

____Middle____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Making Threatening Interstate Communications. |
| 18 U.S.C. § 844(e) | Making Interstate Threats Related to Explosives. |

This criminal complaint is based on these facts:

See attached affidavit incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory J. Tarbert, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/21/2017__

_____
*Judge's signature*

City and state: _____Orlando, Florida_____    Karla R. Spaulding, United States Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**

**COUNTY OF ORANGE**

CASE NO.: 6:17-mj- 1 361

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Gregory J. Tarbert, being duly sworn, depose and state the following:

**INTRODUCTION**

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2003.  I am assigned to the Tampa Division, Orlando Resident Agency.  As a Special Agent, I have conducted and assisted with criminal and terrorism investigations to include, but not limited to, actual and attempted bombings, electronic (email), telephonic, and mailed bomb threats, and electronic threats of mass shootings, hate crimes, and church arsons.   During the course of those investigations I conducted physical surveillance, utilized informants, conducted consensual recordings, served search warrants for electronic media, served search warrants for physical premises, liaised with private technological companies, liaised with other law enforcement personnel, collected evidence, processed crime scenes, and served Grand Jury Subpoenas.   I received training through the FBI for internet investigations including networks, emails, and digital evidence.  I am attending the University of Louisville to complete a Master's of Science in Computer Science.

2.     The information contained in this affidavit is based upon my personal knowledge and observations, interviews with persons, review of government and business records, and of records, reports, and information received from other law enforcement officers and law enforcement sources. This affidavit is not intended to convey all the facts of the entire investigation, but rather to establish probable cause to support the request for the proposed criminal complaint.

3.     This affidavit is made in support of a criminal complaint and arrest warrant charging Michael Ron David KADAR with the following offenses, which are summarized in Attachment A which is hereby incorporated by reference:

    a.    Fifteen violations of transmitting in interstate and foreign commerce any communication containing any threat to injure the person of another, in violation of 18 U.S.C. § 875(c); and

    b.    Thirteen violations of willfully making a threat and maliciously conveying false information knowing the same to be false concerning an attempt and alleged attempt being made and to be made to kill, injure and intimidate any individual and unlawfully to damage and destroy any

building by means of fire and an explosive, through the use

of the mail, telephone, telegraph, and other instrument of

interstate and foreign commerce, and in and affecting

interstate and foreign commerce, in violation of 18 U.S.C.

§ 844(e);

4.     Each violation of 18 U.S.C. § 875(c) carries a maximum sentence

of 5 years' imprisonment, which can be imposed consecutively with other

violations. Each violation of 18 U.S.C. § 844(e) carries a maximum sentence of

10 years' imprisonment, which can be imposed consecutively with other

violations.

5.     KADAR is a dual U.S.–Israeli citizen.  During the criminal acts

described herein, he resided in Ashkelon, Israel.

## The Threat Calls

6.     Beginning on January 4, 2017, and continuing until March 7,

2017, an individual, later identified as KADAR, made at least 245 threatening

telephone calls involving bomb threats and active shooter threats.  A significant

portion of the threats targeted Jewish community centers ("JCCs"), and other

historically Jewish institutions such as Jewish schools and Anti-Defamation

League[1] offices.  This affidavit contains only summaries of threatening calls placed to locations in the Middle District of Florida, but KADAR placed similar threatening calls to locations throughout the United States and abroad on at least 15 different dates.  In the calls, KADAR usually stated either that a bomb was located in the building, or that someone was coming to commit a mass shooting at the facility.  Many of the calls contained graphic descriptions of impending violence to the facilities, and particularly to children located in the facilities.  Many of the calls resulted in the temporary closure and evacuation or lockdown of the targeted facilities, and required law enforcement and emergency personnel to respond and clear the area.  No actual explosives were found in relation to any of the calls.

7.    In January 2017, the FBI, the U.S. Attorney's Office for the Middle District of Florida, the Civil Rights Division of the Department of Justice, and the Computer Crime and Intellectual Property Section ("CCIPS") of the Department of Justice opened a nationwide investigation regarding the aforementioned telephonic threats.  The investigation revealed that, for all of the calls, KADAR utilized user accounts created at a company which provided online call "spoofing" services (hereinafter the "Spoofing Company").  The

---

[1] The Anti-Defamation League has regional offices across the United States. The mission of the Anti-Defamation League is to stop the defamation of the Jewish people and to secure justice and fair treatment for all.

Spoofing Company's services allow the user to hide a true caller identification, replace the caller identification information to that of the caller's choosing, disguise the voice of the caller, and record the calls. Review of records obtained from the Spoofing Company revealed KADAR initiated all of the calls through the Spoofing Company's service using multiple Google Voice accounts, which are internet-based voice over internet protocol ("VOIP") accounts which allow the user to use the internet for telephone communications. Further, KADAR paid for the Spoofing Company's service using Bitcoin, a type of semi-anonymous virtual currency. Additionally, KADAR used the recording service provided by the Spoofing Company to record each of the threatening calls.

8.     Review of records obtained from the Google Voice and Spoofing Company accounts revealed that the accounts were created and accessed using a variety of Virtual Private Networks ("VPNs") and proxy services, which allow users to conceal their IP address by redirecting internet traffic through intermediary machines.

9.     On January 4, 2017, KADAR used the Spoofing Company to make approximately 31 calls to facilities throughout the United States and abroad. All of the calls utilized the same Spoofing Company account. In each call, KADAR used the Spoofing Company's voice changing function to disguise his voice to appear female. Some of these calls are summarized below:

5

a.   On January 4, 2017, at approximately 10:43 a.m.,[2] KADAR called Chabad[3] South Orlando, in Orlando, Florida ("Chabad South Orlando"), which operates a Jewish day school and preschool. During the call, KADAR stated there was a bomb in the school. The call was disconnected, but approximately one minute later, KADAR called Chabad South Orlando again, and reiterated that there was an explosive in the school.

b.   On January 4, 2017, at approximately 10:45 a.m., KADAR called the Jewish Academy of Orlando, which is housed in the Roth JCC of Greater Orlando in Maitland, Florida (the "Roth JCC"). The Roth JCC also houses a day care and a preschool. During the call, KADAR stated there was a "C-4 bomb" in the academy, and that they did not "have a lot of time left."

---

[2] All times in this affidavit are Eastern Standard Time.

[3] A "Chabad" (or "Chabad house") is a form of Jewish community center associated with the Chabad branch of Orthodox Hasidic Judaism primarily serving both educational and observance purposes.

10.    On January 5, 2017, KADAR used the Spoofing Company to make approximately 67 calls to facilities throughout the United States and abroad. All of the calls utilized the same Spoofing Company account. In each call, KADAR used the Spoofing Company's voice changing function to disguise his voice to appear female. Some of these calls are summarized below:

    a.    At approximately 11:45 a.m., KADAR called Chabad South Orlando again. During the call, KADAR claimed he was coming to the school in five minutes with an AR-15 and two handguns to kill dozens of children. KADAR warned that he was going to shoot children in the head, and that there was going to be a bloodbath.

    b.    At approximately 11:48 a.m., KADAR called the North Campus of the Tampa JCC Preschool in Tampa, Florida ("Tampa JCC Preschool North").   During the call, KADAR claimed to have three handguns, and stated he was coming to the school to kill children. KADAR stated he would be in the school shortly.

    c.    At approximately 11:49 a.m., KADAR called the South Campus of the Tampa JCC Preschool in Tampa, Florida ("Tampa JCC Preschool South").   During the call,

KADAR claimed there was a bomb in the school, and in a short time, the shrapnel from the bomb would be directed into the heads of the Jewish children. KADAR warned that the shrapnel would blow off the children's heads, and two dozen children would be slaughtered. KADAR claimed to be in a car by the school with the detonator in hand.

d.   At approximately 11:54 a.m., KADAR called the Maimonides Hebrew Day School in Ft. Myers, Florida. During the call, KADAR stated that there was a "C-4 bomb" in the school and that, in a short time, shrapnel from the bomb would be directed into the heads of the Jewish children. KADAR further stated the shrapnel would "blow their heads off" and "rip off their heads."

11.   On January 9, 2017, KADAR used the Spoofing Company to make approximately 52 calls to facilities throughout the United States and abroad. All of the calls utilized the same Spoofing Company account. In each call, KADAR used the Spoofing Company's voice changing function to disguise his voice to appear female. Some of these calls are summarized below:

a.   At approximately 10:50 a.m., KADAR called the Tampa JCC Preschool South. During the call, KADAR stated

there was a bomb in the school, and in a short time, the shrapnel from the bomb would be directed at the heads of children.

b.    At approximately 10:52 a.m., KADAR called the Roth JCC.  During the call, KADAR claimed there was a bomb in the "JCC."  KADAR stated the detonator was in hand and the explosive device would be set off if he saw law enforcement.  KADAR stated the shrapnel would blow people's heads off, and there was going to be a bloodbath in the "JCC of Orlando."

c.    At approximately 11:02 a.m., KADAR called the Jewish Community Alliance in Jacksonville, Florida, which operates a preschool and kindergarten.  During the call, KADAR stated there was a bomb inside the facility that would go off within the hour.  KADAR stated there was going to be a "bloodbath in the JCA."  The person receiving the call asked KADAR if he put the bomb in place, and KADAR stated "maybe."

12.     On January 18, 2017, KADAR used the Spoofing Company to make approximately 45 calls to facilities throughout the United States and Canada. All of the calls utilized the same Spoofing Company account. In each call, KADAR used the Spoofing Company's voice changing function to disguise his voice to appear female. Some of these calls are summarized below:

    a.     At approximately 9:56 a.m., KADAR called the Roth JCC. During the call, KADAR stated there was a bomb in the JCC preschool. KADAR further stated that, in a short time, a large number of "Palestinian Jewish" children would have their heads blown off.

    b.     At approximately 10:57 a.m., KADAR called the Sabes JCC in Jacksonville, Florida. The caller claimed there was a bomb in the school, and people were going to be killed when it exploded. KADAR claimed the bomb was a Semtex[4] bomb with a timer, and the bomb was hidden inside a bag. KADAR claimed there would be a bloodbath, and "Jews" were going to have their heads blown off.

---

[4] Semtex is a type of plastic explosive.

13.    On February 16, 2017, KADAR used the Spoofing Company to make approximately 25 calls to facilities throughout the United States and Canada. All of the calls utilized the same Spoofing Company account. In each call, KADAR used the Spoofing Company's voice changing function to disguise his voice to appear female. Some of these calls are summarized below:

a.    At approximately 11:10 a.m., KADAR called Glenridge Middle School in Orlando, Florida. During the call, KADAR stated there was a bomb in the school. KADAR further stated that, in a short time, the shrapnel would rip off children's heads and there would be a bloodbath in the school. KADAR claimed an associate was going to detonate the bomb.

b.    At approximately 11:35 a.m., KADAR called the Orlando International Airport in Orlando, Florida. During the call, KADAR stated there was a bomb on a plane, specifically United Airlines flight 1965. KADAR further stated that it was a "TATP"[5] bomb, and the bomb was with his associate

---

[5] TATP is an explosive compound that has been previously used in a number of terrorist attacks, including the March 2016 Brussels, Belgium, attack and the November 2015, Paris, France attack.

11

who was on the plane. KADAR claimed he helped his associate smuggle the bomb on the plane.

14. On February 20, 2017, KADAR used the Spoofing Company to make approximately 14 calls to facilities throughout the United States and Canada. All of the calls utilized the same Spoofing Company account. In each call, KADAR used the Spoofing Company's voice changing function to disguise his voice to appear female. These threats included a call made at approximately 11:08 a.m., to the Tampa JCC Preschool South. During the call, KADAR stated there was a "TATP" bomb in the school. KADAR further stated that, in a short time, a large number of "Jew children" were going to have their heads blown off from the shrapnel. KADAR further stated the bomb was as large as a suitcase, and was surrounded by a few bags of shrapnel. KADAR claimed his associate was working on detonating the bomb and it would go off in about an hour.

15. On February 27, 2017, KADAR used the Spoofing Company to make approximately 69 calls to facilities throughout the United States and Canada. All of the calls utilized one of two Spoofing Company accounts. In each call, KADAR used the Spoofing Company's voice changing function to disguise his voice to appear female, or change his voice to a different male voice. These threats included a call, made at approximately 9:11 a.m., to the

Maimonides Hebrew Day School in Ft. Myers, Florida.   During the call, KADAR stated that there was a bomb in the school and that, in a short time, Jewish children were going to be slaughtered.  He further stated their heads were going to be blown off by the shrapnel, and they did not have a lot of time left.

16.     During the investigation, agents served over 100 subpoenas and court orders to internet service providers, email providers, VPN services, the Spoofing Company, and others to identify the subject who made the calls.

17.     Records from the Spoofing Company indicated that three of the Spoofing Company accounts used to place threatening telephone calls were accessed by IP addresses in Israel.

18.     Based upon the information gathered in the investigation, agents linked the threats described above to a series of telephone threats investigated by the FBI Athens Resident Agency, the U.S. Attorney's Office for the Middle District of Georgia, and Israeli authorities, which had identified a particular neighborhood in the city of Ashkelon, Israel as the potential source of the calls. In each of these investigations, the subject made "swatting" calls, bomb threats or active shooter threats, using similar methodology described in this affidavit. Analysis of IP addresses connected to the threats indicated the subject was accessing many services with IP addresses resolving to Israel.

## Israel Investigation and Post Arrest

19.    Israeli authorities subsequently coordinated with the FBI regarding various means that the perpetrator might be accessing these IP addresses.  In March 2017, FBI employees deployed to Israel to support Israeli investigators in identifying and locating the suspect.

20.    During surveillance of the previously identified neighborhood in Ashkelon, Israeli authorities observed a large parabolic antenna, which appeared to enable long-distance outdoor directional connections to wireless networks, physically connected to a particular apartment unit, which was later determined to be KADAR's residence.

21.    On or about March 23, 2017, the Israeli National Police ("INP") executed a search warrant at KADAR's residence.  During this operation, INP officers took KADAR into custody.  While being taken into custody, KADAR spontaneously said he "did not do it."  When asked what he did not do, KADAR stated "the threats."  When asked what threats, he stated the "JCC threats."  Prior to this statement, officers had not made any mention of JCC threats.

22.    The INP searched KADAR's bedroom and identified a cable running from the parabolic antenna at the residence window to a network adapter connected to a laptop in KADAR's bedroom. This device would have allowed KADAR to access open Wi-Fi networks at other, distant locations.

23.    The INP seized a laptop located in KADAR's bedroom, along with a USB flash drive connected to the laptop.  Forensic analysis of the flash drive and the laptop is still ongoing.  Initial review of the USB flash drive revealed numerous recorded threat calls, organized by date and geographic location, as well as media reports covering many of those threat calls. Additionally, the flash drive contained news reports specific to the JCC threats in 2017.  The USB flash drive also contained folders and files with titles about the Spoofing Company and recorded calls.  Specifically, there was a folder titled "Archive of Targets" which contained a folder titled "2017."

24.    The 2017 folder contained sub-folders for January, February, and March 2017.  These folders contained sub-folders for the United States, Canada, Denmark, the United Kingdom, and other countries.  These country-specific subfolders contained recordings of the threatening calls to Jewish institutions and other locations.  Some of the subfolders had names such as "Bomb Threats to Jewish Institutions."  These folders contained recordings of many of the threat calls described above, along with news articles describing the law

15

enforcement and public safety responses to the threats. Agents compared a sample of recordings from the USB flash drive folders with the corresponding recordings obtained from the Spoofing Company and confirmed them as being identical. These recordings are not publicly available, and could only have been obtained by law enforcement investigators or by a person with access to the Spoofing Company Accounts used to make these calls. Some of these recordings are summarized below.

a.    Agents found a file in a folder titled "THE ARCHIVE OF TARGET'S [sic] > 2017 > January 2017 > Florida > Jewish Academy of Orlando." The file was labeled with the telephone number for the Jewish Academy of Orlando, and consisted of a recording of the call received by the school on January 4, 2017, which is summarized above in paragraph 9(b) of this affidavit.

b.    Agents found a file in a folder titled "THE ARCHIVE OF TARGET'S [sic] > 2017 > January 2017 > United States > BOMB THREATS TO JEWISH INSTITUTIONS JANUARY 9 2017 [sic] > Recordings > Jewish Community Center Preschool in Tampa, FL." The file was labeled with the telephone number for the Tampa JCC

Preschool South, and consisted of a recording of the call received by the school on January 9, 2017, which is summarized above in paragraph 11(a) of this affidavit.

c.  Agents found a file in a folder titled "THE ARCHIVE OF TARGET'S [sic] > 2017 > January 2017 > United States > BOMB THREATS TO JEWISH INSTITUTIONS JANUARY 9 2017 [sic] > Recordings > Jewish Federation of Greater Orlando." The file was labeled with the telephone number for the Roth JCC in Maitland, FL, and consisted of a recording of the call received by the JCC on January 9, 2017, which is summarized above in paragraph 11(b) of this affidavit.

d.  Agents found a file in a folder titled "THE ARCHIVE OF TARGET'S [sic] > 2017 > January 2017 > United States > BOMB THREATS TO JEWISH INSTITUTIONS JANUARY 18 2017 [sic] > Recordings > The Roth Family Jewish Community Center of Greater Orlando." The file was labeled with the telephone number for the Roth JCC, and consisted of a recording of the call received by the JCC

on January 18, 2017, which is summarized above in paragraph 12(a) of this affidavit;

e.    Agents found a file in a folder titled "THE ARCHIVE OF TARGET'S [sic] > 2017 > February 2017 > United States > Glenridge Middle School in Orlando, FL." The file was labeled with the telephone number for Glenridge Middle School, and consisted of a recording of the call received by the school on February 16, 2017, which is summarized above in paragraph 13(a) of this affidavit.

f.    Agents found a file in a folder titled "THE ARCHIVE OF TARGET'S [sic] > Airplane Targets > Successes And Non Search-Diversion Incidents > 2017 > United Airlines Flight 1965 Orlando to Orlando – February 16 2017." The file was labeled with the telephone number for Orlando International Airport, and consisted of a recording of the call received by the airport on February 16, 2017, which is summarized above in paragraph 13(b) of this affidavit.

g.    A file located in a folder labelled "THE ARCHIVE OF TARGET'S [sic] > 2017 > February 2017 > United States > BOMB THREATS TO JEWISH INSTITUTIONS

18

February 20 2017 [sic] > RECORDINGS [sic] > Jewish Community Center Preschool in Tampa, FL." The file was labeled with the telephone number of the Tampa JCC Preschool South, and consisted of a recording of the call received by the school on February 20, 2017, which is summarized above in paragraph 14 of this affidavit.

h.   A file located in a folder labelled "THE ARCHIVE OF TARGET'S [sic] > 2017 > February 2017 > United States > BOMB THREATS TO JEWISH INSTITUTIONS FEB 27 2017 [sic] > Recordings Morning > Maimonides Hebrew Day School in Fort Myers, FL." The file was labeled with the telephone number for Maimonides Hebrew Day School, and consisted of a recording of the call received by the school on February 27, 2017, which is summarized above in paragraph 15 of this affidavit.

25.   Aside from the threat calls themselves, several items related to the calls were located on the USB flash drive, including the following:

a.   Agents discovered a text file containing the phone number (510) 974-3794, the words "job ioo," and email address Haymanestateattime29[@]gmail.com.   The file itself was

19

titled with the name of the Spoofing Company.  These were the Google Voice number, name and email associated with the Spoofing Company account used to make threatening calls on February 22 and 23, 2017.

b.  Agents discovered a file titled "voice.txt" which contained email addresses guelph5880[@]gmail.com and oranxn430[@]yahoo.co.uk and phone number (510) 974-3794.  According to Google records, these were the email addresses associated with the Google Voice number used to make threatening calls through the Spoofing Company on February 22 and 23, 2017.

c.  Agents discovered a file titled "list of targets feb 22.txt" which was a list of several Jewish schools and facilities along with their telephone numbers.  As an example, the first six entries on the list were: (1) the Anti-Defamation League office in New York, New York; (2) the Lerner Jewish Community Day School in Durham, North Carolina; (3) the Charlotte Jewish Day School in Charlotte, North Carolina; (4) the New Orleans JCC in New Orleans, Louisiana; (5) Anti-Defamation League office in

20

Washington D.C.; and (6) Beit Rabban Day School in New York, New York. According to Spoofing Company records, these were the six locations and phone numbers called on February 22 and 23, 2017 by the account with identifiers (510) 974-3794, the name "job ioo," and email address Haymanestateattime29[@]gmail.com.

d.   Agents discovered a text file containing the phone number (317) 983-4854 and email address creditturnerrrz[@]yahoo.com.  The file title included the name of the Spoofing Company.  According to Spoofing Company records, these were the Google Voice number, name and email address used to create an account used to make threatening calls during the afternoon hours of February 27, 2017;

e.   Agents discovered a text file containing email address prefessional3636[@]hotmail.com, name "greg howyard," and phone number (702) 983-3894.  It also contained a line "Bitcoin Address Bits sent to: 1PGCMeF5ZnjZPpm4dvVQojYLWNznJuto9U."

According to Spoofing Company records, these are the

exact email address, name, Google Voice number, and the specific Bitcoin wallet address paid to utilize the Spoofing Company account to make threatening calls during the morning hours of February 27, 2017.  The file itself was titled with the name of the Spoofing Company and a reference to February 27.

f.     Agents discovered a file titled "feb 27 google voice.txt" contained email addresses phillipsburgbbd7[@]gmail.com and jarekto145[@]yahoo.com, along with phone number (702) 983-3894.  According to records from Google, these were the email addresses associated with the Google Voice number used to make threatening calls through the Spoofing Company during morning hours of February 27, 2017.     The     file     also     contained     email     addresses sanjoserlv9[@]gmail.com                          and fabiandh641[@]hotmail.com on the same plain text line as (317) 983-4854, which was the number used to place calls through the Spoofing Company during the evening hours of February 27, 2017.

g. Agents discovered a file titled "list of Jewish day schools.txt" which was a list of several Jewish schools and facilities along with their telephone numbers. As an example, the first six entries were: (1) Jewish Children's Museum in Brooklyn, New York, (2) Intown Jewish Preschool in Atlanta, Georgia; (3) N.E. Miles Jewish Day School in Birmingham, Alabama; (4) JCC on the Hudson in Tarrytown, New York, (5) David Posnack Jewish Day School in Davie, Florida; and (6) Maimonides Heberew Day School in Fort Myers, Florida. According to Spoofing Company records, these were six locations and phone numbers called on February 27, 2017 by the account with identifiers prefessional3636[@]hotmail.com, name "greg howyard," and phone number (702) 983-3894. According to call records from the Spoofing Company, Intown Jewish Preschool, N.E. Miles Jewish Day School, JCC on the Hudson, David Posnack Jewish Day School, and Maimonides Hebrew Day School were called in the exact same order as they were listed in this file contained on KADAR's flash drive in this file.

h.  Agents found a file titled "Blockchain.info MAIN ACCOUNT.txt." which contained a Bitcoin wallet address and private key[6] used to pay for the Spoofing Company account used to make threats on January 3, 4, and 5, 2017.

i.  Agents located a separate Bitcoin wallet address in a file titled "Address 2 for calls. Address: 1Eu2ZaXiEp7mr2kS9poSseCVqPufQmbaHM." This wallet address was used to pay for the Spoofing Company account used to make similar threats outside the Middle District of Florida on March 7, 2017.

26.  Prior to the arrest of KADAR, agents obtained the recordings of the threat calls. With the assistance of the Spoofing Company, FBI personnel removed the modulation used by the Spoofing Company's software to disguise KADAR's voice. The unmodulated recordings of the threat caller's voice revealed a distinct and pronounced speech impediment. Investigators who interacted with KADAR post-arrest matched the recording of the caller's voice to that of KADAR, who possesses the same distinctive speech impediment.

---

[6] A Bitcoin wallet address is a public identifier of an individual's Bitcoin wallet, similar to a bank routing number. The private key is a digital signature, held by the account holder, which allows the wallet holder to access the Bitcoin wallet, similar to a bank account password or PIN.

27.     Based on the above, your affiant respectfully submits that probable cause exists to believe that Michael Ron David KADAR has committed violations of 18 U.S.C. §§ 844(e) and 875(c).

28.     This concludes my affidavit.

_____
Gregory J. Tarbert
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me
this ___ day of April, 2017.

Honorable Karla R. Spaulding
United States Magistrate Judge

25

**ATTACHMENT A**

SUMMARY OF CRIMINAL VIOLATIONS

| DATE | VIOLATION(S) | VICTIM LOCATION |
|------|--------------|-----------------|
| January 4, 2017 | Sections 875(c) and 844(e) | Chabad South Orlando |
| January 4, 2017 | Sections 875(c) and 844(e) | Jewish Academy of Orlando/ Roth JCC (Maitland) |
| January 5, 2017 | Section 875(c) | Chabad South Orlando |
| January 5, 2017 | Section 875(c) | Tampa JCC Preschool North |
| January 5, 2017 | Sections 875(c) and 844(e) | Tampa JCC Preschool South |
| January 5, 2017 | Sections 875(c) and 844(e) | Maimonides Hebrew Day School (Ft. Myers) |
| January 9, 2017 | Sections 875(c) and 844(e) | Tampa JCC Preschool South |
| January 9, 2017 | Sections 875(c) and 844(e) | Roth JCC |
| January 9, 2017 | Sections 875(c) and 844(e) | Jewish Community Alliance of Jacksonville |
| January 18, 2017 | Sections 875(c) and 844(e) | Roth JCC |
| January 18, 2017 | Sections 875(c) and 844(e) | Sabes JCC (Jacksonville) |
| February 16, 2017 | Sections 875(c) and 844(e) | Glenridge Middle School (Orlando) |
| February 16, 2017 | Sections 875(c) and 844(e) | Orlando International Airport |
| February 20, 2017 | Sections 875(c) and 844(e) | Tampa JCC Preschool South |
| February 27, 2017 | Sections 875(c) and 844(e) | Maimonides Hebrew Day School (Ft. Myers) |